395 A.2d 978

Commonwealth ex rel. Michie v. Michie, Appellant.

Argued September 13, 1978. Daniel B. Michie, Jr., for appellant; Arthur R. Shuman, Jr., for appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.